Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805 )
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
drichard@sessions-law.biz

Attorneys for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER MONGE, individually and on behalf of all other similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>          Defendant. | Case No.  2:14-cv-00143-ODW-AS<br><br>NOTICE OF MOTION AND MOTION TO TRANSFER VENUE PURSUANT TO THE FIRST-TO-FILE RULE<br><br>Date:  March 17, 2014<br>Time:  1:30 p.m.<br>Courtroom:  11<br>Judge:  Hon. Otis D. Wright, II |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 17, 2014 at 1:30 p.m. or as soon thereafter as the matter may be heard in Courtroom 11, of the United States District Court, Central District of California located at 312 North Spring Street, Los Angeles, California, NCO Financial Systems, Inc. ("NCO"), will move this Court for an order transferring this matter from the United States District Court, Central

NCO Financial Systems, Inc.'s Notice of Motion and
Motion to Transfer Venue Pursuant to
the First-to-File Rule

1

District of California to the United States District Court, Southern District of California.

Transfer is warranted here in the interests of judicial efficiency and comity, as a prior putative nationwide class action brought pursuant to the Telephone Consumer Protection Act (TCPA) was filed against NCO on January 16, 2013 in the United States District Court for the Southern District of California, captioned *Molnar et al v. NCO Financial Systems, Inc.*, Case No. 3:13-cv-00131-JLS-WMC; said action was consolidated with a later filed putative nationwide TCPA class action filed against NCO in the same Court, captioned *House et al. v. NCO Financial Systems, Inc.* S.D. California Case No. 3:13-cv-00685, by order of the Honorable Judge Janis L. Sammartino dated November 22, 2013. The consolidated *Molnar-House* action was filed before this case was filed on January 7, 2014, and remains pending in the Southern District of California.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the complete records and file herein, and upon such evidence and arguments that may be presented before the time of the Court's ruling on the motion.

Dated: February 12, 2014         SESSIONS FISHMAN, NATHAN & ISRAEL, L.L.C.

*/s/ Damian P. Richard*
Damian P. Richard
Attorneys for NCO Financial Systems, Inc.

NCO Financial Systems, Inc.'s Notice of Motion and
Motion to Transfer Venue Pursuant to
the First-to-File Rule

2